UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 16-14-DMG (RAOx)** | Date March 16, 2016 |
| Title *Star Fabrics, Inc. v. B.P.T. USA, Inc., et al.* | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBER - ORDER AND NOTICE TO PARTIES**

On February 4, the Court issued an Order to Show Cause why this action should not be dismissed as to Defendants Valsan of Miami, Inc. and Beyond the Rack USA, Inc. for lack of prosecution. [Doc. # 12.] On February 16, Plaintiff filed a notice of voluntary dismissal as to as to Defendant Beyond the Rack USA, Inc. [Doc. # 13.] On February 18, 2016, Plaintiff filed a request for entry of default as to defendants Valsan of Miami, Inc. ("Request"). [Doc. # 14.] On February 22, 2016, the clerk issued a deficiency on the Request. [Doc. # 15.] To date, Plaintiff has not filed any documents to correct the deficiency.

Plaintiff shall correct the deficiency by no later than March 30, 2016. Failure to do so will result in the dismissal of Defendant Valsan of Miami, Inc. from this action.

IT IS SO ORDERED.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |